UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
<u>Alexandria</u>                     DIVISION

The Washington Star Company, LLC

                    vs.                          Civil/Criminal Action No. <u>1:26-cv-01458</u>
NOTUS Media, LLC d/b/a NEWS OF THE UNITED STATES and "NOTUS"

### FINANCIAL INTEREST DISCLOSURE STATEMENT

 Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
The Washington Star Company, LLC
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
Dovid Efune, The New York Sun

Or

 Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

 Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

May 28, 2026
Date                                          Signature of Attorney or Litigant
                                              Counsel for <u>The Washington Star Company,</u>

Rev. 03/12/19