## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|  |  |  |
|---|---|---|
| THE WASHINGTON STAR COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-01458 |
| NOTUS Media, LLC, d/b/a NEWS OF THE UNITED STATES and "NOTUS", | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, The Washington Star Company, LLC ("Plaintiff" or "The Washington Star Company"), by counsel and pursuant to Rule 65 of the Federal Rules of Civil Procedure and Section 34 of the Lanham Act, 15 U.S.C. § 1116, submits this Application for a Temporary Restraining Order and Motion for Preliminary Injunction against Defendant NOTUS Media, LLC, d/b/a News of the United States and NOTUS ("Defendant" or "NOTUS").

Plaintiff seeks a temporary restraining order and preliminary injunction to stop the imminent use by Defendant of the mark **THE WASHINGTON STAR** (the "Mark") in knowing violation of Plaintiff's exclusive right to do so. Plaintiff owns all rights and interests in the Mark, which is registered on the Principal Register maintained by the Patent & Trademark Office for use in connection with providing news and information in the fields of business and politics.

Defendant is a political news organization that currently operates under the names News of the United States and/or NOTUS. Despite its actual knowledge of Plaintiff's exclusive right to use the Mark, Defendant recently announced that it will rebrand NOTUS as "The Star,"

reportedly in the first week of June 2026.  Immediate and preliminary relief is necessary to prevent imminent and irreparable harm before Defendant's announced rebrand becomes entrenched in the marketplace.

Plaintiff thus respectfully requests that the Court enter a temporary restraining order and preliminary injunction:

(1)     enjoining Defendant from using "The Star," THE WASHINGTON STAR, WASHINGTON STAR, or any confusingly similar designation in connection with news, media, political, or related goods and services;

(2)     enjoining Defendant from representing any affiliation with Plaintiff; and

(3)     requiring Defendant to remove all infringing materials from public display pending resolution of this action.

In support of this motion and the Memorandum of Law filed concurrently herewith, Plaintiff submits the Declaration of Dovid Efune, Plaintiff's sole member and beneficial owner, attached as **<u>Exhibit A</u>** hereto.

Dated:  May 28, 2026

Respectfully submitted,

By:  ___*/s/Laurin H. Mills*_____
Laurin H. Mills (VSB No. 79848)
Brian Donnelly (VSB No. 82052)
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: (703) 547-4693
Facsimile: (240) 912-3031
Email: laurin@werthermills.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2026, I caused to be served a copy of the foregoing, via electronic mail, with a copy via First Class US Mail, on Shanti Sadtler Conway, who is an attorney at Kirkland & Ellis, LLC, 601 Lexington Avenue, NY, NY 10022.  Ms. Conway has represented that Kirkland represents NOTUS in this matter.

*/s/Laurin H. Mills*
Laurin H. Mills