## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

| | |
|---|---|
| THE WASHINGTON STAR COMPANY LLC,<br><br>              Plaintiff,<br><br>v.<br><br>NOTUS MEDIA, LLC, d/b/a NEWS OF THE UNITED STATES and "NOTUS",<br><br>              Defendants. | CASE NO. 1:26-cv-01458 |

## DECLARATION OF ARIELLE ELLIOTT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

I, Arielle Elliott, declare as follows:

1.     I am over the age of 18 and an employee of NOTUS Media, LLC ("NOTUS"). I have been the Chief Executive Officer ("CEO") of NOTUS since March 2025.

2.     I submit this declaration in support of NOTUS's Opposition to Plaintiff The Washington Star Company, LLC's ("Plaintiff") Application for Temporary Restraining Order and Motion for Preliminary Injunction ("Motion").

3.     In this declaration, I discuss the following topics:

- The history of NOTUS and its journalism services.

- NOTUS's rebrand to THE STAR, including its prominent and extensive use of THE STAR since April 16, 2026.

- The lack of confusion between NOTUS and Plaintiff.

- The significant and incalculable hardship that NOTUS would suffer if forced to cease use of THE STAR and rebrand once again.

4.　　　As CEO of NOTUS, I am responsible for the strategic and financial growth of NOTUS, and thus I am familiar with NOTUS's services, target demographics, and the history and execution of its rebrand to THE STAR.  I have worked in the news and media industry for 25 years.

5.　　　My knowledge of the matters stated herein is either personal or has been developed and confirmed through discussions with other NOTUS employees and/or review of contemporaneous documents.  If called and sworn as a witness, I could competently testify as set forth below.

## I.　　NOTUS'S HISTORY AND SERVICES

6.　　　Launched in January 2024, NOTUS is a well-established, national news organization, with an independent newsroom employing dozens of full-time journalists to investigate and deliver original, groundbreaking news.  NOTUS publishes nonpartisan journalism covering government and politics that reaches millions of readers nationwide through its website, daily email newsletter, and podcast.  Its news stories also are frequently cited and republished in other digital media publications that are circulated and read across the United States.

7.　　　NOTUS has a 71-person newsroom with full-time journalists who investigate and publish original news content.  NOTUS's team is comprised of a unique mix of veteran reporters and talented up-and-coming fellows from the Allbritton Journalism Institute, a nonprofit educational organization dedicated to training political journalists.  These fellows work as full-time reporters and also take classes on journalism.  NOTUS is headquartered in Arlington, Virginia, with employees located and reporting from around the country, including in Virginia, Washington D.C., Texas, New Jersey, New York, and Massachusetts.

8.      NOTUS's newsroom covers news of national importance, focusing on politics and government.  Its readers live across the country, including Virginia, Washington, D.C., New York, California, Colorado, Oregon, Ohio, North Carolina, Washington (state), and California. NOTUS writes for government policymakers, their staff, academics, and other politically engaged readers.  These readers rely on established, trustworthy, unbiased news sources. This is because congressional staffers and lobbyists risk their reputation and careers on the accuracy of the news they bring to their relevant stakeholders.  As such, these readers cite and vet their sources of news that they read and rely upon.

9.      NOTUS has a well-established following of readers.  As of April 2026, NOTUS's website (https://www.notus.org/) receives approximately one million monthly page views—with over 600,000 unique visitors each month—and its morning newsletter is emailed to around 70,000 readers nationwide.  Its newsletter also has a high engagement rate, with approximately 45% of readers (approximately 30,000) opening the email newsletter each day as of April 2026. This is a very high open rate in the media industry, which to my knowledge is around 30% on average.

10.     NOTUS delivers news to both registered and non-registered readers on its website, which includes an opinion section with a once-a-week newsletter, its podcast, *On NOTUS*, and through live events offered in person and via a livestream accessible to viewers nationwide.  NOTUS also distributes its stories through platforms with global reach like Apple News and SmartNews, and local non-profit news organizations across the country such as *The Assembly* in North Carolina, *The Salt Lake Tribune* in Utah, and the *Santa Barbara News-Press* in California.

11.    NOTUS has developed a reputation for high-quality, independent journalism.  Its articles have won numerous journalism awards.  For example, the 2026 National Headliner Awards, which has recognized journalistic excellence for over 90 years, awarded NOTUS reporter Dave Levinthal Third Place in the "Online beat reporting government and political coverage" category for one of his original articles.  Likewise, the AAAS Kavli Science Journalism Awards, which since 1945 has awarded excellence in reporting on the sciences, engineering, and mathematics, awarded NOTUS reporters Emily Kennard and Margaret Manto, Silver for two of their meticulously researched articles.  In addition, NOTUS reporter Jasmine Wright was named a finalist for the 2025 Livingston Awards, which recognize "the best reporting and storytelling by journalists under 35 across all forms of journalism."

12.    NOTUS's website and branding features prominent white and yellow lettering in a custom font, which is often displayed against a black background as shown in the screenshot from its website below.



4

13.     In addition to its coverage of the federal government and other topics of national importance, NOTUS's website provides state-specific stories for 22 states across the country, as shown in the example website screenshots below:





## II.    NOTUS'S REBRAND TO AND USE OF THE STAR

14.     In February 2026, NOTUS began plans to expand its reporting and news offerings.  After two years of rapid growth, NOTUS recognized an opportunity to leverage new talent to scale its platform into an even larger newsroom, able to provide more fulsome coverage. NOTUS hired additional staff to cover additional topics such as healthcare, energy, the environment, national defense, diplomacy, and more.  Additional reporting will also cover sports, food, and other topics.

15.     With the expansion of NOTUS's reporting, NOTUS also wanted to adopt a different name, which would reflect its broader offerings, and also more accurately reflect and be accessible to NOTUS's already large reader base.

16.     NOTUS's original name is an acronym for "News of the United States," and is a nod to political insider terms such as POTUS ("President of the United States") and SCOTUS ("Supreme Court of the United States").  The name, however, has proved distracting, as opposed to illuminating, to NOTUS's readers and the media as it is often not understood and requires

further explanation.  NOTUS also felt that the name does not adequately reflect that it is a news organization.

17.     Thus, the expansion of NOTUS's newsroom was a natural opportunity for NOTUS to select a new name.  In choosing a new name, NOTUS's goal was to find a name that was accessible to a broader national audience and easily identifiable as a news organization.

18.     NOTUS selected THE STAR because "Star" is a word that has long been used by and associated with news and the media, similar to other media-related terms that convey the idea of illumination and news telling, such as "Sun," "Herald," and "Tribune."

19.     NOTUS also thought the name would be forward-looking and accessible.  As a nonpartisan news organization, NOTUS feels that THE STAR represents the "north star of journalism" which is to be nonpartisan and accurate; thus, the name is a good fit for its mission.

20.     NOTUS also has incorporated this modern, light, accessible feel in its logo design for THE STAR.  The branding for THE STAR uses a similar black, white, and yellow design as its previous NOTUS website and branding.  As shown below, its new website, the-star.com, will also pay homage to its original name, and will feature "News of the United States" underneath "The Star."  Thus, NOTUS's new branding for THE STAR is consistent with and reflects a continuation of its existing, established and recognized branding, though under a new name.  Attached hereto as **Exhibit 1** is a true and correct copy of the full mockups for the homepage of THE STAR's desktop and mobile webpages that will launch on June 3, 2026.

7



## A.  NOTUS's Use and Promotion of THE STAR to Date

21.    NOTUS began using THE STAR on April 16, 2026, when it officially announced the change on its website and in the media.  Starting on April 16, and continuing to today, when viewers visit the NOTUS website, they first see a pop-up page that announces the new name, as shown below, and invites readers to sign up for notifications.  Attached hereto as **Exhibit 4** is a true and correct copy of an archived version of this pop-up page on NOTUS's website as it appeared on April 17, 2026.



22.     On April 17, 2026, NOTUS also announced its new name in its newsletter sent to its nearly 70,000 registered readers.

23.     From April 16 to May 28, NOTUS's website showing THE STAR received over 600,000 unique visitors and 1.65 million total views.  And between April 16 to April 30 alone, approximately 6,500 readers signed up for notifications about THE STAR.

24.     NOTUS's announcement of THE STAR also was widely advertised and reported starting on April 16, 2026, through numerous national and local news organizations, including *The New York Times*, which based on publicly available information, has nearly 12 million subscribers.  Attached hereto as **Exhibit 2** is a true and correct copy of third-party news articles reporting NOTUS's rebrand on April 16, 2026 and April 17, 2026.

25.     Thereafter, NOTUS continued to widely publicize and use THE STAR on various digital platforms, as well as in physical spaces.

26.     For instance, on April 26, 2026, NOTUS publicized its rebrand to THE STAR at an event following the White House Correspondents Dinner.  The event was attended by business executives, politicians, and policymakers, and prominently featured THE STAR

signage.  Images of the event are included below, with a red circle added showing use of THE

STAR.





27.    In addition, NOTUS promoted and announced THE STAR on its social media platforms, including Meta, X (formerly known as Twitter), LinkedIn, and Instagram.

28.    For example, since as early as May 7, 2026, NOTUS has used THE STAR on its X page, (@NOTUSreports), Blue Sky page (@notus.com), and LinkedIn page, as shown in the examples below.

**X**



**Blue Sky**



**LinkedIn**





29.    From April 27 to May 28, 2026, NOTUS's extensive efforts to promote its rebrand to THE STAR has generated ***17.45 million media impressions*** among consumers, with 8.56 million impressions in the campaign's first two weeks alone.  This includes over 6 million impressions on Meta and over 9.79 million on X.  Examples of digital advertising of NOTUS's rebrand and use of THE STAR are shown below, and are attached hereto as **Exhibit 3**.

12

← **Post**

 **NOTUS** ✓  Ø  ···
@NOTUSreports

The Star launches in June with dramatically expanded coverage of Washington politics and policy — and new coverage of D.C. itself. The District isn't just the place where politics happens. It's home to the people who pull the levers of power. It's where they live and work and commute and eat and vote and navigate the unique intersection of politics and real life.

The Star will cover all of it, from Donald Trump's stamp on the District to the ambitions of its first new mayor in more than a decade. Who's wielding power in D.C.? What's driving them? What impact are they having on housing, schools, transportation and the District's neighborhoods? What's next for Home Rule? For statehood? And will the Nationals ever be good again?

We'll do it with the same rigor we bring to our coverage of national politics and policy, and we'll do it with the best local reporting team in D.C. We're excited to announce the start of that team today — veteran journalists you know and trust, plus newcomers who will bring fresh eyes to the vibrant and sometimes vexing place we all call home.



6:00 AM · May 7, 2026 · **442.9K** Views

13



30.    NOTUS also has advertised and used THE STAR not only online but in physical, outdoor advertising.  Starting on May 12, 2026, NOTUS began using THE STAR on a mobile billboard truck, as shown below, and it has committed advertising dollars to additional physical signage on bus wraps, billboards, and subway buy-outs.  As seen below (as well as in the advertisements above), this advertising also used NOTUS's black, yellow, and white color scheme, which THE STAR also uses.





31.    As early as May 22, 2026, NOTUS also launched dedicated social media channels

under its new name, THE STAR, including the accounts @thestarmetro on X,

@thestarmetro.bsky.social on Blue Sky, and @thestar_metro on Instagram.  As seen below, each

account is branded under THE STAR logo, which appears in white letters on a black

background, with a yellow star design.



32.     Because of NOTUS's extensive efforts to advertise its rebrand to our approximately 70,000 email newsletter readers as of April 2026, the more than 600,000 unique visitors to our website, and the millions more who have seen our other advertisements, all know that NOTUS is now THE STAR.

## III.    PLAINTIFF

33.     I was not aware of Plaintiff, its owner Dovid Efune, or Plaintiff's alleged websites (washstar.com and twstar.com) until after Plaintiff sent NOTUS a cease-and-desist letter on the eve of Memorial Day weekend (May 21, 2026).

34.     I am not aware of any instances of actual confusion between Plaintiff and NOTUS.  To the best of my knowledge and investigation, no readers, advertisers, sponsors, or others have even asked whether NOTUS and THE STAR is affiliated with Plaintiff, its website, or Mr. Efune.  Nor am I aware of any instances where anyone has actually believed we are related.

**IV. A SECOND REBRAND WOULD IMPOSE SIGNIFICANT BURDEN, EXPENSE, AND REPUTATIONAL HARM ON NOTUS**

35. Based on Plaintiff's Motion, I understand that Plaintiff's owner, Mr. Efune, was actually aware of NOTUS's use of THE STAR on April 16, 2026, when NOTUS commenced using that mark. Neither Mr. Efune nor anyone else affiliated with or on behalf of Plaintiff, however, contacted NOTUS for five weeks, when its counsel sent a cease-and-desist letter on May 21, 2026. Thereafter, Plaintiff commenced this litigation and filed its Motion on May 28, 2026, six weeks after NOTUS had already been using THE STAR.

36. By the time that Plaintiff complained, THE STAR had already been used on digital media and physical advertising, receiving over 17 million social media impressions, and being seen by approximately 600,000 unique visitors to NOTUS's website. NOTUS also had already spent millions of dollars and hundreds of employee hours on the rebrand. A temporary restraining order or preliminary injunction forcing NOTUS to undo all of those efforts, remove all uses of THE STAR, and rebrand yet again would impose significant burden, expense, and reputational harm on NOTUS.

37. NOTUS already has invested over $1.5 million in marketing and marketing-related expenses for the launch, including pre-paid media, dedicated staff that spent 6-8 weeks working nearly exclusively on the launch (and continue to do so today), event deposits, and its multi-phase advertising campaign production.

38. To name a few examples of the investment that NOTUS already has made, NOTUS spent over $200,000 promoting THE STAR at its launch event hosted the day after the White House Correspondents Dinner and invested hundreds of thousands of dollars more hiring 11 full-time employees dedicated primarily to working on its rebrand and subscription launch.

17

39.    Also included in NOTUS's over $1.5 million advertising expenditures are further planned marketing materials that NOTUS already has pre-paid for through the end of July 2026. At least $1.3 million of this amount is for advertising that has not yet occurred, and would be lost if a temporary restraining order or preliminary injunction issued as the amounts have already been paid and cannot be recouped.  For example, NOTUS has spent over $100,000 in video production fees for its video advertisement for THE STAR, and has planned and placed deposits for another launch event to take place on June 25, 2026.

40.    NOTUS's planned future marketing efforts also include an extensive subway buyout campaign scheduled for early June in Washington, D.C., and media advertisement placements in cities across the country such as Los Angeles, Atlanta, and Chicago.  NOTUS has already finalized agreements for this campaign, and cannot recover the cost spent in preparing for its launch. Below are examples of advertisements and marketing materials that NOTUS has already spent substantial effort making and plans to use.

**Example Advertisements**





**Mockups of Subway Buyout Campaign**









41.     If NOTUS were to be enjoined from using THE STAR, and forced to rebrand, all of this time, effort, and money would be wasted.

42.     NOTUS would also be forced to expend significant time and money taking down its extensive marketing materials for THE STAR which have been in the market since as early as April 16, including not only digital advertising across numerous platforms, but also physical advertising currently being used on its mobile billboard truck.  If the Court were to grant a temporary restraining order or preliminary injunction preventing NOTUS's use of THE STAR, NOTUS would also be forced to cancel planned physical ads permanently. This would require a Herculean effort and coordinating with numerous third parties with whom NOTUS has worked to place ads.

43.     NOTUS likewise would lose significant revenue if it had to rebrand, and not release the additional advertising and uses that have already been long committed.  NOTUS's advertising team has partnered with sponsors who have paid a total of $1,200,000 to receive signage and recognition as part of its launch, including advertisements on its website and newsletters, and at its launch event scheduled on June 25.  If a temporary restraining order or injunction issued, NOTUS would lose this revenue entirely.  In addition, NOTUS estimates that it would receive approximately $300,000 in revenue in 2026 from launching its paid subscription service as part of the rebrand.  If NOTUS's launch were to be delayed or cancelled, that would adversely impact this sales forecast.

44.     A preliminary injunction would also force NOTUS to undergo the expense of another rebrand.  For over six weeks (since April 16), NOTUS has told its readers, reporters, sponsors, and the media community that it is becoming THE STAR, and it has used that name across digital and physical media.  Thus, NOTUS has already rebranded, and would have to rebrand yet again if enjoined.

45.     If the Court were to grant a temporary restraining order or injunction preventing NOTUS from continuing its use of THE STAR, NOTUS would be forced to rebrand to another mark.  Even if NOTUS were ultimately successful in the litigation, and then later permitted to re-adopt THE STAR, it would be expensive and time consuming to change its name yet again (for a third time), and re-educate readers and the media community about NOTUS's new name.  The name THE STAR also would be tainted reputationally by Plaintiff's allegations of infringement and NOTUS's forced rebrand.  NOTUS also would have to start over in terms of re-building brand recognition in the new name, which cannot be quantified.  NOTUS conservatively estimates that rebranding to a new mark would cost over $2.5 million, including $450,000 in

21

creative concepting, asset production, and new video production fees, more than $75,000 for advertising agency costs, a minimum of $2 million for media placement (and more realistically $3 million given the need to explain the reasons for a second rebrand).

46.    Beyond this, the potential reputational harm to NOTUS cannot be quantified and would be catastrophic were a temporary restraining order or preliminary injunction to issue. Through significant investment in high-quality journalism, NOTUS has become a respected, trusted news organization.  If NOTUS were forced to delay or abandon its long-announced rebrand, this would significantly negatively impact its reputation with readers—including the thousands who already signed up to receive notices regarding THE STAR—advertisers, sponsors, and in the media community.  NOTUS's strong reputation allows it to attract and retain top journalists, which is crucial to its success as a news organization.  If an injunction were to issue, these stakeholders may believe that NOTUS has acted improperly and infringed Plaintiff's rights, without appreciating that a final decision on that issue has not yet been made.  Even if NOTUS is vindicated at the end of the litigation, its reputation would be irreparably harmed and tainted.  This reputational harm is impossible to quantify in terms of dollars, but is real and cannot be overstated.

47.    Also, because NOTUS relies on revenue by selling direct advertising (which offers guaranteed ad placements), rather than programmatic advertising (wherein the placement of ads is automated based on data analytics), having to cease the rebrand would damage its reputation among advertisers who have already been promised guaranteed ad space as part of NOTUS's rebrand to THE STAR.

48.    NOTUS will suffer reputational, financial, and logistical harm if required to forego its use of THE STAR given the time and monetary commitments it already has made to

22

numerous third-parties with whom it has been working, such as its reporters, readers, sponsors, advertisers, and the media community.

49.     In contrast to the significant and irreversible damage that NOTUS would suffer were an injunction to issue, it is difficult for me to understand what harm Plaintiff would suffer as a result of NOTUS continuing to use THE STAR as it has been for over six weeks.

*[Remainder of the page intentionally left blank]*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of June, 2026.

Arielle Elliott