# EXHIBIT 3



Post

  notusreports ✔ • Follow    •••

  

**Martin Austermuhle**
D.C. Reporter

**Michael Brice-Saddler**
D.C. Reporter

**Jeff Dooley**
Editor, Local News and Sports



# The Star

## OUR NEW LOCAL NEWS TEAM

 

**Shamira Muhammad**
D.C. Reporter

**Zara Norman**
D.C. Reporter

**Tom Sietsema**
Food Correspondent



♡ 562    ◯ 14    ⤨ 17    ◁    🔖

**notusreports** ✓ The Star launches in June with dramatically expanded coverage of Washington politics and policy — and new coverage of D.C. itself. The District isn't just the place where politics happens. It's home to the people who pull the levers of power.

The Star will cover all of it, from Donald Trump's stamp on the District to the ambitions of its first new mayor in more than a decade. Who's wielding power in D.C.? What's driving them? What impact are they having on housing, schools, transportation and the District's neighborhoods? What's next for Home Rule? For statehood? And will the Nationals ever be good again?

We're excited to announce the start of that team today — veteran journalists you know and trust, plus newcomers who will bring fresh eyes to the vibrant and sometimes vexing place we all call home.

View all 14 comments

May 7

## More posts from **notusreports**









Post

 notusreports ✔ • **Follow**  ⋯



♡ 206  💬 1  ⟳ 10  ⧨         🔖

**notusreports** ✔ Better news is coming soon. NOTUS becomes The Star in June.
Visit the-star.com for updates.

📷 : @lillianbautistaa

View 1 comment

May 20

More posts from **notusreports**

        

Post



Post

 notusreports ✓ • **Follow**

 **···**



♡ **206**    💬 1    ⇄ **10**    ◁    🔖

**notusreports** ✓ Better news is coming soon. NOTUS becomes The Star in June.
Visit the-star.com for updates.

📷 : **@lillianbautistaa**

View 1 comment

May 20

More posts from **notusreports**

                

## Post





**LinkedIn** 🔍 I'm looking for...

🏠 Home | 👥 My Network | 💼 Jobs | 💬 Messaging | 🔔 Notifications | Me ▾ | For Business ▾ | Learning

---

Premium

Profile viewers — 183
Post impressions — 16

🟨 Your Premium features

---

**NOTUS (Soon to be The Star)**
3,412 followers
3w • 🌐

+ Follow ···

On May 6, NOTUS (soon to be The Star) hosted a National Security Launch Reception to introduce its new national security coverage and reporter Joe Gould.

The event brought together leaders from across the private and public sectors to discuss emerging trends, priorities across the defense industry, and a shared commitment to advancing the field.

NOTUS is dedicated to delivering impactful reporting and insights across government, policy and politics. Stay tuned as we continue to expand our coverage areas and provide the defense and national security community with timely, high-quality coverage.

Thank you to ROKK Solutions and Leidos for your partnership on this event!

😊😍😊 66                                                      4 reposts

**Reactions**

+58

👍 Like    💬 Comment    🔁 Repost    ➤ Send

Add a comment...                                           😊 🖼️

---

Promoted ···

explore relevant opportunities with Brooks & Berne PLLC

Get the latest jobs and industry news

**Follow**

**Similar pages**

**A\ Anthropic**
Research
501-1,000 employees
Meghan & 32 other connections follow this page
+ Follow

**P ProPublica**
Media Production
51-200 employees
Kirby & 5 other connections follow this page
+ Follow

**OpenAI**
Research
1,001-5,000 employees
Meghan & 41 other connections follow this page
+ Follow

Show more ⌄

About    Accessibility    Help Center
Privacy & Terms ▾    Ad Choices
Advertising    Business Services ▾
Get the LinkedIn app    More

**Linked in** LinkedIn Corporation © 2026

Messaging    ··· ✏️ ⌃

Case 1:26-cv-01458-RDA-LRV  Document 18-4  Filed 06/01/26  Page 10 of 11 PageID# 335



← **Post**



🔍 Search

**NOTUS** ✔
@NOTUSreports

⊘  ···

Better news is coming soon. NOTUS becomes The Star in June. Visit the-star.com for updates.



2:45 PM · May 20, 2026 · **17K** Views

💬 2      ⟲ 30      ♡ 66      🔖 2      ↥

**Relevant** ⌄                              **View quotes** ›

**Post your reply**                      Reply

**Discover more**
Sourced from across X

 **Alex Marshall** @a_r_marshall · 8h          ⊘ ···

### What's happening

Trending in United States                    ···
**#BadBoysDR**

Trending in United States                    ···
**Aoki**

Sports · Trending                            ···
**#WWEClash**
Trending with Roman, #ClashInItaly

Politics · Trending                          ···
**Colombia**

**Show more**

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···    © 2026 X Corp.

 **NOTUS** ✔
@NOTUSreports

The Star launches in June with dramatically expanded coverage of Washington politics and policy — and new coverage of D.C. itself. The District isn't just the place where politics happens. It's home to the people who pull the levers of power. It's where they live and work and commute and eat and vote and navigate the unique intersection of politics and real life.

The Star will cover all of it, from Donald Trump's stamp on the District to the ambitions of its first new mayor in more than a decade. Who's wielding power in D.C.? What's driving them? What impact are they having on housing, schools, transportation and the District's neighborhoods? What's next for Home Rule? For statehood? And will the Nationals ever be good again?

We'll do it with the same rigor we bring to our coverage of national politics and policy, and we'll do it with the best local reporting team in D.C. We're excited to announce the start of that team today — veteran journalists you know and trust, plus newcomers who will bring fresh eyes to the vibrant and sometimes vexing place we all call home.

6:00 AM · May 7, 2026 · **443K** Views

 32    260    910    91   ⬆

---

### The Star
#### OUR NEW LOCAL NEWS TEAM

**Martin Austermuhle** — D.C. Reporter
**Michael Brice-Saddler** — D.C. Reporter
**Jeff Dooley** — Editor, Local News and Sports
**Shamira Muhammad** — D.C. Reporter
**Zara Norman** — D.C. Reporter
**Tom Sietsema** — Food Correspondent

💬 32    ↻ 260    ♡ 910    ⅱ 443K