# EXHIBIT 3

TWS   **Home**   News   Opinion   About                🔍  ⬆️  Subscribe   Sign in

# The Washington Star®



## Trump Scores Wins on Making Washington…

Even Democrats are cheering some…

🔒 19 HRS AGO • MARK A. KELLNER





### Most Popular                    VIEW ALL

**Massie's Kentucky Primary Defeat…**
🔒 MAY 20 • MARK A….



**Barney Frank, Financial…**
🔒 MAY 20 • MARK A….



**Longtime Liberal Congressman…**
🔒 MAY 15 • KELLY JANE…



**Fan Favorite Washington…**
🔒 MAY 19 • KELLY JANE…



**Washington National Opera…**
🔒 MAY 17 • KELLY JANE…



**Oil Prices Drop After President…**
🔒 MAY 18 • KELLY JANE…

## Senate Unanimously Passes Trey's Law to Void NDAs Silencing Child Sex-Abuse Victims

Now the House must decide on the bill's passage.

🔒 17 HRS AGO • MARK A. KELLNER

## Trump Again Vows to Make History by Talking to Taiwan

China is furious at the president's pla…

🔒 23 HRS AGO • KELLY JANE TORRANCE

---

[ Latest  Top ]                                 🔍

## President Trump Plans to Sign AI Executive Order This Week

But it dodges deciding on how to handle models deemed dangerous.

🔒 MAY 20 • KELLY JANE TORRANCE



TWS

### The Washington Star

Est. 1852

[ Type your ema… ] [ Subscribe ]



## Barney Frank, Financial Reformer and Gay-Rights Icon, Dies at 86

The former Massachusetts congressman survived scandal to pass the Dodd-Frank Act.

🔒 MAY 20 • MARK A. KELLNER



## Massie's Kentucky Primary Defeat Reinforces Trump's GOP Control

Republicans ditch the vehemently anti-Israel congressman.

🔒 MAY 20 · MARK A. KELLNER



## Northern Virginia Police Hunting for Pink Panther-Costumed Man Who Chase...

Fredericksburg residents are having a field day with the story on social media.

🔒 MAY 19 · KELLY JANE TORRANCE



## President Trump Makes a Surprise Endorsement in Texas GOP Runoff

He chose Texas Attorney General Ken Paxton over incumbent Senator John Cornyn.

🔒 MAY 19 · KELLY JANE TORRANCE



## D.C. and 25 States Sue the Trump Administration Over Graduate-Student-Loan Caps

They complain they'll be harmed by state universities losing revenue.

🔒 MAY 19 · KELLY JANE TORRANCE



## Fan Favorite Washington Bakery Asks Public to Help Find Keg-Throwing Vandal

He destroyed Georgetown Cupcake's flagship storefront.

🔒 MAY 19 · KELLY JANE TORRANCE



See all >

# The Washington Star

Est. 1852

About    Archive    Sitemap


Type your email... | Subscribe

# The Washington Star

© 2026 The Washington Star Company, LLC · Privacy · Terms · Collection notice

Start your Substack    Get the app    Substack is the home for great culture

# The Washington Star®

# The Washington Star

The Washington Star is one of America's most historic and iconic news institutions.

Founded in 1852, by Capt. Joseph Borrows Tate as the Daily Evening Star, the paper was purchased the following year by William Douglas Wallach, a Texas surveyor turned publisher who shortened its name to The Evening Star and added a Sunday edition.

From modest offices on Pennsylvania Avenue's "Newspaper Row," it grew into one of the most influential dailies in America. Under the stewardship of the Kauffmann and Noyes families in the 1930s, the Star led the nation in advertising revenue, its pages packed with extensive coverage of Congress, the White House and the federal bureaucracy. It was respected for its fairness and depth.

The paper's fortunes faded in the 1970s amid rising costs, television competition and a fierce rivalry with The Washington Post. Time Inc. acquired it in 1978 in a last-ditch effort to save it, but circulation and advertising continued to erode. On Aug. 7, 1981, after 128 years of continuous publication, The Washington Star filed for bankruptcy.

Now, The Washington Star is back and fully committed to the very same editorial legacy. The Washington Star's long silent voice will be restored to our nation's capital.

The Washington Star is published by The Washington Star Company.

## Get the Star

Never miss an update—get the news sent directly to your email inbox.

Subscribe to get full access to the Star and our archives.



| Type your email... | **Subscribe** |

## Join the Star

Be part of a community of people who share your interests and values. Participate in the comments section, or support the return of the Star with a subscription.

© 2026 The Washington Star Company, LLC · Privacy · Terms · Collection notice    ⬛ Start your Substack    Get the app    Substack is the home for great culture