## CIVIL HEARING

Judge: _Alston_
Date: _6/2/2026_
Reporter: _T. Harris_
Time: _10:00 – 10:51_

Civil Action Number: _1:26-cv-1458_

The Washington Star Company, LLC. v. NOTUS Media, LLC

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Brian Donnelly | Michael Kim |
| Laurin Mills | Shanti Sadtler Conway |
| | Alexandra Cunningham |
| | Abbey Quigley |
| | James DePaoli |

Matter on for Plaintiff's [7] Motion for Temporary Restraining Order.

Defendant's [14] Motion to appear Pro Hac Vice by Abbey Elizabeth Quigley, Defendant's [16] Motion to appear Pro Hac Vice by Shanti Sadtler Conway, and Defendant's [17] Motion to appear Pro Hac Vice by Alexandra Cunnigham – Granted; Orders entered.

Motion for TRO argued and taken under advisement. Parties permitted to provide any supplemental analysis by 2:00 today.