IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THE WASHINGTON STAR COMPANY,   )
LLC,   )
      )
    Plaintiff,   )
      )
    v.   )     Case No. 1:26-cv-1458 (RDA/LRV)
      )
NOTUS MEDIA, LLC,   )
      )
    Defendant.   )

## ORDER

This matter comes before the Court on Plaintiff's request to satisfy its bond obligation with an irrevocable letter of credit. Upon consideration of the request and the information in the record, the Court finds that it is appropriate to apply the traditional bond requirements in this case. Accordingly, it is hereby

ORDERED that Plaintiff's request to satisfy its bond obligation with an irrevocable letter of credit is DENIED.

The Clerk is directed to forward a copy of this Order to all counsel of record.

It is SO ORDERED.

Alexandria, Virginia
June __3__, 2026

/s/
_____
Rossie D. Alston, Jr.
United States District Judge