**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |  |
|---|---|---|
| THE WASHINGTON STAR COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01458 |
| | ) | |
| NOTUS Media, LLC, d/b/a | ) | |
| NEWS OF THE UNITED STATES and | ) | |
| "NOTUS", | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF FILING OF ORIGINAL BOND**

On June 4, 2026, Plaintiff filed "Plaintiff's Notice of Bond." ECF No. 32. Attached to that Notice was an electronic copy of the $100,000 bond ordered by the Court. At approximately 10:10 a.m. on June 5, 2026, undersigned counsel personally delivered to the Clerk's Office the original copy of the court-ordered bond and the bond is now lodged with the Court.

Dated: June 5, 2026

Respectfully submitted,

By: ___*/s/ Laurin H. Mills*___
Laurin H. Mills (VSB No. 79848)
Brian Donnelly (VSB No. 82052)
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: (703) 547-4693
Facsimile: (240) 912-3031
laurin@werthermills.com
bdonnelly@werthermills.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026 a copy of the foregoing was filed with the Court via

CM/ECF which will also serve counsel of record.


                                                              */s/Laurin H. Mills*
                                                               Laurin H. Mills