**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| THE WASHINGTON STAR COMPANY LLC, <br><br> Plaintiff, <br><br> v. <br><br> NOTUS MEDIA, LLC, d/b/a NEWS OF THE UNITED STATES and "NOTUS", <br><br> Defendants. | CASE NO. 1:26-cv-01458 RDA (LRV) |

**DEFENDANT NOTUS MEDIA, LLC'S**
**MOTION TO INCREASE BOND AMOUNT**

Defendant NOTUS Media, LLC ("NOTUS") respectfully moves this Court for an Order to increase the bond set in conjunction with the June 2, 2026 temporary restraining order ("TRO Order") from $100,000 to at least $2,500,000, pursuant to Federal Rule of Civil Procedure 65(c). Memorandum Opinion and Order on Plaintiff's Emergency Motion for Temporary Restraining Order, Dkt. 30, at 10. The existing cash bond is woefully inadequate to cover the losses and harm to NOTUS suffered as a result of the TRO Order. During the period between the issuance of the TRO Order and the July 22, 2026, hearing on Plaintiff's motion for a preliminary injunction, NOTUS will suffer at least $2.5 million in damages, including prepaid advertising it cannot recoup and revenue that it will now lose. On top of these specific dollar amounts, NOTUS is suffering and will continue to suffer extensive reputational harm as a result of the TRO Order, particularly given the extensive media coverage (which Plaintiff has touted as vindicating its alleged rights).

Accordingly, the existing $100,000 is inadequate and should be increased to at least $2.5 million in order to meet the requirements of Rule 65(c).

In support of this Motion, NOTUS submits a Memorandum of Law and the June 9, 2026 Declaration of Arielle Elliott.  NOTUS also includes a Proposed Order.

WHEREFORE, for the reasons stated in the accompanying Memorandum of Law in support of this motion, Plaintiff respectfully requests that this Court increase the cash bond amount to at least $2,500,000.

Dated: June 9, 2026

Respectfully submitted,

*/s/ Robert E. Scully, Jr*

Shanti Sadtler Conway (admitted *pro hac vice*)
Abbey Elizabeth Quigley (admitted *pro hac vice*)
Maggie LaPoint (*pro hac vice* forthcoming)
Alexandra Cunningham (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
shanti.conway@kirkland.com
abbey.quigley@kirkland.com
maggie.lapoint@kirkland.com
alexandra.cunningham@kirkland.com

Robert E. Scully, Jr. (VSB No. 19218)
Michael K. Kim (VSB No. 82922)
BLANKINGSHIP & KEITH, PC
4020 University Drive, Suite 300
Fairfax, VA 22030
Tel: (703) 691-1235
Fax: (703) 691-3913
rscully@bklawva.com
mkim@bklawva.com

*Attorneys for Defendant NOTUS Media, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2026, the foregoing document was filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.


*/s/ Robert E. Scully, Jr*
Robert E. Scully, Jr.