**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

THE WASHINGTON STAR COMPANY LLC,

      Plaintiff,

v.

NOTUS MEDIA, LLC, d/b/a NEWS OF THE UNITED STATES and "NOTUS",

      Defendants.

CASE NO. 1:26-cv-01458 RDA (LRV)

**NOTICE OF HEARING
ON MOTION TO INCREASE BOND AMOUNT**

PLEASE TAKE NOTICE that on **July 1, 2026,** at 10:00am, or as soon thereafter as counsel may be heard, Defendant NOTUS Media, LLC ("NOTUS") will present oral argument in support of its Motion to Increase Bond Amount (Dkt. 35) and Motion to Amend /Correct Motion to Increase Bond (Dkt. 38).

Counsel for NOTUS conferred with counsel for Plaintiff The Washington Star Company LLC in good faith pursuant to Local Rule 7(E) prior to filing this notice, but the parties were unable to reach a resolution on Defendant's Motions.

Dated: June 10, 2026

Respectfully submitted,

*/S/ Robert E. Scully, Jr.*

Shanti Sadtler Conway (admitted *pro hac vice*)
Abbey Elizabeth Quigley (admitted *pro hac vice*)
Maggie LaPoint (*pro hac vice* forthcoming)
Alexandra Cunningham (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
shanti.conway@kirkland.com
abbey.quigley@kirkland.com
maggie.lapoint@kirkland.com
alexandra.cunningham@kirkland.com

Robert E. Scully, Jr. (VSB No. 19218)
Michael K. Kim (VSB No. 82922)
BLANKINGSHIP & KEITH, PC
4020 University Drive, Suite 300
Fairfax, VA 22030
Tel: (703) 691-1235
Fax: (703) 691-3913
rscully@bklawva.com
mkim@bklawva.com

*Attorneys for Defendant NOTUS Media, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 10th day of June, 2026, the foregoing document was filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

_/s/ Robert E. Scully, Jr._
Robert E. Scully, Jr.