**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **THE WASHINGTON STAR COMPANY, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**NOTUS Media, LLC,** )<br>)<br>**Defendant.** )<br>) | **Case No. 1:26-cv-01458 RDA (LRV)** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, The Washington Star Company, LLC ("Plaintiff"), by and through its counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files this notice of voluntary dismissal with prejudice as to all of Plaintiff's claims against Defendant, NOTUS Media, LLC, d/b/a News of the United States and NOTUS ("Defendant"), with each party to bear its own costs, expenses, and attorneys' fees.  A Notice of Dismissal is appropriate, and a Court Order is not required, as Defendant has not filed an answer or motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1).

Dated:  June 18, 2026

Respectfully submitted,

By: ___*/s/Laurin H. Mills*___
Laurin H. Mills (VSB No. 79848)
Brian Donnelly (VSB No. 82052)
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: (703) 547-4693
Facsimile: (240) 912-3031
Email: laurin@werthermills.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2026, I caused the foregoing document to be filed through the

Court's ECF system, which will serve all counsel of record in this case.


*/s/Laurin H. Mills*
Laurin H. Mills
